UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

FRANCWA SIMS

    Plaintiffs

vs.                                          Case No.:  1:07CV00198 (RMC)

CATHOLIC CHARITIES, *et. al.*

    Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

Please enter the appearance of Carr Maloney P.C. and Thomas L. McCally as attorneys for Defendant Catholic Charities.

Respectfully submitted,

CARR MALONEY P.C.

By:_____
    Thomas L. McCally, #391937
    1615 L. Street, NW
    Suite 500
    Washington, DC 20036
    (202) 310-5506
    (202) 310-5555 (FAX)
    Attorneys for Defendant Catholic Charities

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this ___ day April, 2007, a copy of the forgoing was sent via electronic mail to:

    Francwa Sims
    2700 Martin Luther King Avenue, SE
    Washington, DC 20032

    Hawk One Security Incorporated
    1331 H Street, NW
    Washington, DC 20005

    Brian Wilbon, Director
    Department of Human Services (DHS)
    64 New York Avenue, NE, 6th Floor
    Washington, DC 20002

    DC Central Kitchen,
    425 2nd Street, NW
    Washington, DC 20001

    Martha's Table
    2114 14th Street, NW
    Washington, DC 20009

    Michael P. Kelly, Executive Director
    Housing Authority
    1133 North Capitol Street, NE
    Washington, DC 20002

    _____
    Thomas L. McCally