UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * *
                                      *
FRANCWA SIMS                          *
                                      *
        Plaintiffs                    *
                                      *
vs.                                   *      Case No.:  1:07CV00198 (RMC)
                                      *
CATHOLIC CHARITIES, et. al.           *
                                      *
        Defendants                    *
                                      *
* * * * * * * * * * * * * * * * * * * *
```

## DEFENDANT CATHOLIC CHARITIES' MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

Defendant Catholic Charities, through counsel, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby files this motion for an extension of time and requests a two week extension with which to file a responsive pleading to Plaintiffs' Complaint in the above referenced matter.  As grounds for this motion, Defendant respectfully refers this Court to the attached memorandum of points and authorities.

Respectfully submitted,

CARR MALONEY P.C.

By:_____
   Thomas L. McCally, #391937
   1615 L. Street NW
   Suite 500
   Washington, DC 20036
   (202) 310-5506
   (202) 310-5555 (FAX)
   Attorneys for Defendant Catholic Charities

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this ___ day April, 2007, a copy of the forgoing was sent via electronic mail to:

    Francwa Sims
    2700 Martin Luther King Avenue, SE
    Washington, DC 20032

    Hawk One Security Incorporated
    1331 H Street, NW
    Washington, DC 20005

    Brian Wilbon, Director
    Department of Human Services (DHS)
    64 New York Avenue, NE, 6th Floor
    Washington, DC 20002

    DC Central Kitchen,
    425 2nd Street, NW
    Washington, DC 20001

    Martha's Table
    2114 14th Street, NW
    Washington, DC 20009

    Michael P. Kelly, Executive Director
    Housing Authority
    1133 North Capitol Street, NE
    Washington, DC 20002

_____
    Thomas L. McCally

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
* * * * * * * * * * * * * * * * * * * *
                                       *
FRANCWA SIMS                           *
                                       *
        Plaintiffs                     *
                                       *
vs.                                    *        Case No.:  1:07CV00198 (RMC)
                                       *
CATHOLIC CHARITIES, et. al.            *
                                       *
        Defendants                     *
                                       *
* * * * * * * * * * * * * * * * * * * *
```

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT CATHOLIC CHARITIES' MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

In support of its Motion for an extension of time to file a responsive pleading, Defendant asserts as follows:

1.  The above referenced class action lawsuit was filed by Plaintiffs on January 30, 2007. It was served on Defendant Catholic Charities on April 4, 2007, thus requiring a responsive pleading by April 24, 2007.

2.  Undersigned counsel did not receive a copy of the complaint and its attached documentation until April 20, 2007. Undersigned counsel has not yet had the opportunity to fully investigate the factual assertions alleged in this complaint.

3.  Defendant Catholic Charities therefore respectfully requests a two week extension of time until May 8, 2007, to file a responsive pleading to Plaintiffs' complaint.

4.  Upon information and belief, Plaintiff Francwa Sims, and all other Plaintiffs named in this class action complaint are homeless. The addresses listed by Mr. Sims in the

complaint are both the addresses of homeless shelters. Thus, despite good faith efforts, undersigned counsel was unable to ascertain a way to contact Mr. Sims to request his consent for the relief sought in this motion.

          Respectfully submitted,

          CARR MALONEY P.C.

By:_____
    Thomas L. McCally, #391937
    1615 L. Street, NW
    Suite 500
    Washington, DC 20036
    (202) 310-5506
    (202) 310-5555 (FAX)
    Attorneys for Defendant Catholic Charities

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * *
                                    *
FRANCWA SIMS                        *
                                    *
       Plaintiffs                   *
                                    *
vs.                                 *     Case No.:  1:07CV00198 (RMC)
                                    *
CATHOLIC CHARITIES, et. al.         *
                                    *
       Defendants                   *
                                    *
* * * * * * * * * * * * * * * * * * *
```

**ORDER**

Upon consideration of Defendant Catholic Charities' motion for an extension of time to file a responsive pleading, it is this _____ day of _____, 2007;

ORDERED, that Defendants' motion for an extension of time is hereby granted; and it is further;

ORDERED, Defendant Catholic Charities shall have until May 8, 2007, to file a responsive pleading to Plaintiffs' complaint.

SO ORDERED:

_____
Judge

cc:  Francwa Sims
     2700 Martin Luther King Avenue, SE
     Washington, DC 20032

     Hawk One Security Incorporated
     1331 H Street, NW
     Washington, DC 20005

cc: CONTINUED

Brian Wilbon, Director
Department of Human Services (DHS)
64 New York Avenue, NE, 6th Floor
Washington, DC 20002

DC Central Kitchen
425 2nd Street, NW
Washington, DC 20001

Martha's Table
2114 14th Street, NW
Washington, DC 20009

Michael P. Kelly, Executive Director
Housing Authority
1133 North Capitol Street, NE
Washington, DC 20002