UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRANCWA SIMS,**<br><br>              **Plaintiff,**<br><br>     v.<br><br>**CATHOLIC CHARITIES,** *et al.***,**<br><br>              **Defendants.** | **Civil Action No. 07-CV-0198 (RMC)**<br><br><br>The Honorable Rosemary M. Collyer |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Martha's Table, Inc., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Martha's Table, Inc. which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

Date: April 24, 2007                    /s/ Donald T. Stepka

Donald T. Stepka, # 474009
Arnold & Porter
555 Twelfth Street, N.W.
Washington, D.C. 20004
(202) 942-5000 (voice)
(202) 942-5999 (fax)
*Counsel for Martha's Table, Inc*