UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

FRANCWA SIMS, *et .al.*

    Plaintiffs

vs.   Case No.: 1:07CV00198 (RMC)

CATHOLIC CHARITIES, *et. al.*

    Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned counsel of record for Catholic Charities, certify that to the best of my knowledge and belief there are no parent companies, subsidiaries, or affiliates of Catholic Charities which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

    Respectfully submitted,

    CARR MALONEY P.C.

By:_____
    Thomas L. McCally, #391937
    1615 L. Street NW
    Suite 500
    Washington, DC 20036
    (202) 310-5506
    (202) 310-5555 (FAX)
    Attorney for Defendant Catholic Charities

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 25th day April, 2007, a copy of the forgoing was sent via first class mail, postage prepaid to:

    Francwa Sims, Pro Se
    2700 Martin Luther King Avenue, SE
    Washington, DC 20032

    Donald T. Stepka, Esq.
    Arnold & Porter
    555 Twelfth Street, N.W.
    Washington, D.C. 20004
    Attorney for Defendant Martha's Table, Inc.

    Hawk One Security Incorporated
    1331 H Street, NW
    Washington, DC 20005

    Brian Wilbon, Director
    Department of Human Services (DHS)
    64 New York Avenue, NE, 6th Floor
    Washington, DC 20002

    DC Central Kitchen,
    425 2nd Street, NW
    Washington, DC 20001

    Michael P. Kelly, Executive Director
    Housing Authority
    1133 North Capitol Street, NE
    Washington, DC 20002

_____
Thomas L. McCally