UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANCWA SIMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-0198 (RMC) |
| | ) |
| CATHOLIC CHARITIES *et al*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

This matter is before the Court on the separate motions of Defendant Martha's Table and Defendant DC Central Kitchen to dismiss the complaint. Plaintiff, Francwa Sims, is proceeding *pro se*.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice... should include an explanation that the failure to respond...may result in the district court granting the motion and dismissing the case." *Id*. at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is

**ORDERED** that Mr. Sims shall respond to Martha's Table's and DC Central Kitchen's motions to dismiss by **May 29, 2007**. If Mr. Sims chooses to address each motion in a single document, he must clearly delineate in the response the particular motion he is addressing.

If Mr. Sims does not respond by the date provided, the Court will treat the motion to which he has not responded as conceded and may dismiss the complaint against the respective movant.

Date: April 30, 2007

/s/
Rosemary M. Collyer
United States District Judge