UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANCWA SIMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-198 (RMC) |
| | ) |
| CATHOLIC CHARITIES *et al*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

Plaintiff, Francwa Sims, moves to amend the complaint. Defendants have not filed a responsive pleading; thus, Mr. Sims may amend the complaint once without leave of court. *See U.S. Information Agency v. Krc*, 905 F.2d 389, 399 (D.C. Cir. 1990) ("Motions for summary judgment or dismissal . . . do not constitute responsive pleadings that prevent a party from amending without leave of court."). Accordingly, it is

**ORDERED** that Mr. Sims's motion to amend the complaint [Dkt. No. 13] is **DENIED** as moot; and it is

**FURTHER ORDERED** that pursuant to Fed. R. Civ. P. 15(a), the amended complaint [Dkt. No. 13] is deemed filed.

/s/
Rosemary M. Collyer
Date: May 18, 2007             United States District Judge