UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRANCWA SIMS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-198 (RMC) |
| | ) |
| **CATHOLIC CHARITIES,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the motion of defendant Catholic Charities to dismiss the complaint. Plaintiff, Francwa Sims, is proceeding *pro se*.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice... should include an explanation that the failure to respond...may result in the district court granting the motion and dismissing the case." *Id*. at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is

**ORDERED** that Mr. Sims shall respond to Catholic Charities' motion to dismiss **by June 19, 2007**. If Mr. Sims does not respond by the date provided, the Court will treat the motion as conceded and may dismiss the complaint against this defendant.

/s/
ROSEMARY M. COLLYER
United States District Judge

Date: May 18, 2007