UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANCWA SIMS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 1:07cv0198(RMC) |
| : | |
| CATHOLIC CHARITIES, *et al.*, : | |
| : | |
| Defendants. : | |

**ENTRY OF APPEARANCE**

PLEASE ENTER the appearance of Colleen Elizabeth Durbin, Esq. as co-counsel for Defendant Catholic Charities.

Respectfully submitted,

By: *[signature]*
Colleen E. Durbin, Esquire # 500039
CARR MALONEY P.C.
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)
*Counsel for Catholic Charities*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *Entry of Appearance* was mailed first class, postage prepaid, or served electronically on the 22nd of May 2007 to the following:

Francwa Sims
2700 Martin Luther King Avenue, SE
Washington, DC 20032

Tonya Gaskins-Saunders
Pillsbury Winthrop Shaw Pittman, LLP
2300 N Street, NW
Washington, DC 20037

Donald T. Stepka
Arnold & Porter
555 12th Street, NW
Washington, DC 20004-1206

Hawk One Security, Inc.
1331 H Street, NW
Washington, DC 20005

Kate Jesberg
Interim Director
District of Columbia Department of Human Services
64 New York Ave., NE
Washington, DC 20001

Michael P. Kelly
Executive Director
District of Columbia Housing Authority
1133 North Capital Street, NE
Washington, DC 20002

Colleen E. Durbin