# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANCWA SIMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CATHOLIC CHARITIES, et al., )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 1:07cv0198(RMC) |

## NOTICE OF APPEARANCE

Please enter the appearance of Steven Andrew Dahm as co-counsel for defendant DC Central Kitchen ("DCCK").

DATED: May 22, 2007              Respectfully submitted,

                                 _____/s/_____
                                 Steven A. Dahm (DC Bar No. 485323)
                                 PILLSBURY WINTHROP SHAW PITTMAN LLP
                                 2300 N Street, NW
                                 Washington, DC 20037-1128
                                 (202) 663-8439 (Telephone)
                                 (202) 663-8007 (Facsimile
                                 *Counsel for DC Central Kitchen*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of May, 2007, I caused a true and correct copy of the foregoing Notice of Appearance to be served by U.S. first class mail, postage prepaid, or served electronically, on the following:

>Francwa Sims
>2700 Martin Luther King Avenue, SE
>Washington, DC 20032
>
>Donald T. Stepka
>Arnold & Porter
>555 12th Street, NW
>Washington, DC 20004-1206
>
>Hawk One Security, Inc.
>1331 H Street, NW
>Washington, DC 20005
>
>Kate Jesberg
>Interim Director
>District of Columbia Department of Human Services
>64 New York Ave., NE
>Washington, DC 20001
>
>Michael P. Kelly
>Executive Director
>District of Columbia Housing Authority
>1133 North Capital Street, NE
>Washington, DC 20002
>
>Colleen E. Durbin
>CARR MALONEY P.C.
>1615 L Street, NW
>Washington, DC 20036

_____/s/_____
Steven A. Dahm