UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRANCWA SIMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civ. Action No. 07-0198 (RMC) |
| | ) |
| **CATHOLIC CHARITIES** *et al*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER TO SHOW CAUSE

This matter is before the Court on the separate motions of Defendant Martha's Table and Defendant DC Central Kitchen to dismiss the complaint. Plaintiff, Francwa Sims, is proceeding *pro se*. On May 18, 2007, the Court issued an order under *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), directing Mr. Sims to file an opposition to Defendants' motions no later than June 19, 2007, or the Court would treat the motions as conceded and dismiss the complaint.

Whereas Mr. Sims has not filed an opposition in compliance with the Court's May 18 Order, Mr. Sims is hereby

**ORDERED** to show cause, no later than July 13, 2007, why he has failed to file an opposition to Defendants' motions and why the Court should not grant the motions as conceded.

**SO ORDERED.**

/s/
Rosemary M. Collyer
United States District Judge

Date: June 28, 2007