UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRANCWA SIMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civ. Action No. 07-198 (RMC) |
| | ) |
| **CATHOLIC CHARITIES** *et al*, | ) |
| | ) |
| **Defendants.** | ) |

### ORDER TO SHOW CAUSE

This matter is before the Court on the separate motions of Defendant Martha's Table, Defendant DC Central Kitchen, and Defendant Catholic Charities to dismiss the complaint. Plaintiff, Francwa Sims, is proceeding *pro se*. On April 30, 2007, and May 18, 2007, the Court issued orders under *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), directing Mr. Sims to file oppositions to Defendants' motions no later than May 29 and June 19, 2007, respectively, or the Court would treat the motions as conceded and dismiss the complaint.

Whereas Mr. Sims has not filed oppositions in compliance with the Court's April 30 and May 18 Orders, Mr. Sims is hereby

**ORDERED** to show cause, no later than July 16, 2007, why he has failed to file any opposition to Defendants' motions and why the Court should not grant the motions as conceded.

**SO ORDERED.**

/s/
Rosemary M. Collyer
United States District Judge

Date: July 2, 2007