UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANCWA SIMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-198 (RMC) |
| | ) |
| CATHOLIC CHARITIES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM

This matter is before the Court on the separate motions of Defendant Martha's Table, Defendant DC Central Kitchen, and Defendant Catholic Charities to dismiss the complaint. On April 30, 2007, the Court issued an Order pursuant to *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), instructing Plaintiff Francwa Sims to file a response to Martha's Table's and DC Central Kitchen's motions no later than May 29, 2007. On May 18, 2007, the Court issued a second *Fox* Order directing Mr. Sims to respond to Catholic Charities' motion no later than June 19, 2007. Ms. Sims failed to file a response to any of the motions to dismiss.

By Order of July 2, 2007, the Court directed Mr. Sims to show cause by July 16, 2007, why the Court should not grant the motions as conceded in light of his failure to oppose them. Mr. Sims has not complied with the Order or sought additional time to do so. The Court will therefore grant the motions as conceded and will dismiss the case by separate Order issued contemporaneously.

Date: September 7, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge