UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRANCWA SIMS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 07-198 (RMC) |
| ) | |
| **CATHOLIC CHARITIES,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby

**ORDERED** that the Order to Show Cause [Dkt. No. 20] is **DISCHARGED**; it is

**FURTHER ORDERED** that Defendant Martha's Table's motion to dismiss [Dkt. No. 7] is **GRANTED** as conceded; it is

**FURTHER ORDERED** that Defendant DC Central Kitchen's motion to dismiss [Dkt. No. 9] is **GRANTED** as conceded; it is

**FURTHER ORDERED** that Defendant Catholic Charities's motion to dismiss [Dkt. No. 14] is **GRANTED** as conceded; and it is

**FURTHER ORDERED** that this case is **DISMISSED**. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

Date: September 7, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge